# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129735

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BENJAMIN FRANKLIN MIKLUSICAK,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129735
COA: 263706
Ottawa CC: 04-028096-FC

_____/

On order of the Court, the application for leave to appeal the August 29, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219